**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-01700-REB-PAC

UNITED STATES OF AMERICA,

    Petitioner,

v.

BRYAN W. LUNDOCK,

    Respondent.

_____

**ORDER OF DISMISSAL**
_____

**Blackburn, J.**

On October 5, 2005, the plaintiff filed a **Motion to Dismiss** [#5].  After careful review of the motion and the file, the court has concluded that the motion should be granted and that the Petition to Enforce the Internal Revenue Service Summons should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Motion to Dismiss** [#5], filed on October 5, 2005, is **GRANTED**;

2. That the Petition to Enforce the Internal Revenue Service Summons is **DISMISSED WITH PREJUDICE**; and

3. That each party shall pay its or his own attorney fees and costs.

Dated October 5, 2005, at Denver, Colorado.

                                          BY THE COURT:

                                          s/ Robert E. Blackburn
                                          Robert E. Blackburn
                                          United States District Judge